UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:00-cr-00023-1 |
| | ) | CHIEF JUDGE CRENSHAW |
| SHANNON PATTUM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's Unopposed Motion requesting that the Court recommend that he spend the final 12 months of his term of incarceration in a halfway house (Doc. No. 93) is **GRANTED**. The Court **RECOMMENDS**, subject to the other factors considered by the Bureau of Prisons, that Defendant serve his final 12 months of incarceration in a halfway house designated by the Bureau of Prisons.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE